UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RED MOUNTAIN ASSET FUND I, LLC, et al.,<br><br>　　　　　Defendant. | Case No.  1:14-CV-01913----BAM<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND CONTINUING THE SCHEDULING CONFERENCE** |

　　　　The Parties having so stipulated and good cause appearing,

　　　　IT IS HEREBY ORDERED as follows:

　　　　1.　　The deadline for Defendants, RED MOUNTAIN ASSET FUND I, LLC and CLOVIS I, LLC, to respond to the Complaint is continued to and including February 3, 2015.

　　　　2.　　The Scheduling Conference currently scheduled for March 5, 2015 is continued to May 12, 2015 at 9:00 a.m. in Courtroom 8 before Magistrate Judge Barbara A McAuliffe.  The parties shall file their joint scheduling report no later than seven days prior to the date of the conference.

IT IS SO ORDERED.

　　　　Dated:　**January 22, 2015**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order to Extend Time　　　　　　　　　　　　　　　　　　　　　　　　　　　1
For Defendants to Respond to Complaint

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111