**Bruce A. Neilson #096952**
**7108 N. Fresno St. #190**
**Fresno, California  93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendants**
Ashok Wadhwa dba
Super Save

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| JOHN MORALES, | CASE NO. 1:14-cv-01913-BAM |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ASHOK WADHWA dba SUPER SAVE TO RESPOND TO COMPLAINT |
| vs. | |
| RED MOUNTAIN ASSET FUND I, LLC, a Delaware limited liability company; CLOVIS I, LLC, a California limited liability company; ASHOK WADHWA dba SUPER SAVE; | |
| Defendants. | |

WHEREAS:

1.   Plaintiff JOHN MORALES filed this action on December 3, 2014.

2.   The response for ASHOK WADHWA dba SUPER SAVE  ("Defendant") was due on February 3, 2015. This is a request for an extension of time for beyond the statutory allowance, thus, court approval is required for this extension of time.

3.   Plaintiff and Defendant are in settlement negotiations at this time.

4.   Defendant is in the process of a CASp inspection, and is waiting for the report to be written so that a proposed plan of remediation and settlement can be agreed upon.

5.   The parties agree that settlement of this case would save valuable court time and resources.

6.   The parties have agreed to extend Defendant's time to respond to the complaint until

March 20, 2015, subject to the court's approval, and believe that the case can be settled within that

time.

7. This extension of time will not alter any date or event currently set by Court order, including the mandatory scheduling conference.

NOW THEREFORE, Defendant through his attorney, and Plaintiff John Morales, through his attorneys, hereby stipulate and agree that the time for Defendants ASHOK WADHWA dba SUPER SAVE to answer or otherwise respond to the Complaint shall be extended up to and including March 20, 2015, pending court approval.

IT IS SO STIPULATED.

Dated: February 27, 2015

MOORE LAW FIRM, PC
_____/s/Tanya Moore_____
Tanya Moore, Attorney for Plaintiff John Morales

Dated: February 27, 2015

_____/s/Bruce A. Neilson_____
Bruce A. Neilson, Attorney for Defendant
Ashok Wadhwa dba Super Save

**IT IS SO ORDERED.**

Dated**:   March 5, 2015**                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE