1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   John Morales

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>    Plaintiff,<br><br>    vs.<br><br>RED MOUNTAIN ASSET FUND I, LLC, a Delaware limited liability company, et al.<br><br>    Defendants. | No.  1:14-cv-01913-JAM-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendants Red Mountain Asset Fund I, LLC, a Delaware limited liability company; Clovis I, LLC, a California limited liability company; and Ashok Wadhwa dba Super Save, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: September 21, 2015				MOORE LAW FIRM, P.C.

						/s/ Tanya E. Moore
						Tanya E. Moore
						Attorney for Plaintiff,
						John Morales

Dated: September 29, 2015				TRAINOR FAIRBROOK

						/s/ Kathleen E. Finnerty
						Kathleen E. Finnerty
						Attorneys for Defendants,
						Red Mountain Asset Fund I, LLC, a Delaware
						limited liability company; and Clovis I, LLC, a
						California limited liability company

Dated: September 21, 2015				/s/ Bruce A. Neilson
						Bruce A. Neilson
						Attorney for Defendant,
						Ashok Wadhwa dba Super Save

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: September 29, 2015				/s/ John A. Mendez
						United States District Judge